NANCY G. GOFF, EXECUTRIX, ETC., V. N. B. HAUSER.

1. In rendering judgment against an executrix for a debt of her testator, it was error for the district court to award execution against the estate of the testator, when there were no allegations in the petition authorizing the same ; and this court, reversing and reforming the judgment in this respect, directs that it be certified to the proper court, to be paid in due course of administration.

ERROR from Lamar. Tried below before the Hon. Winston Banks.

This suit was on a probated note, rejected by the plaintiff in error. Hauser described her in his petition as administratrix, duly appointed by the probate court; but in the judgment of the court below it is recited that George W. Goff, deceased, made and published his last will and testament, in which he directed that the county court should take no further control over his estate than to probate his will, and that Nancy G. Goff, his executrix, should not be required to give bond, and execution against the estate was therefore ordered in the judgment. But there were no allegations of this character in the petition, and the judgment was by default. The record does not show how the will was brought before the court.

No briefs have reached the Reporter in this case.

MORRILL, C. J.—In this case judgment by default was entered upon an instrument, liquidated and properly authenticated, and rejected by the executrix.

There was error by the district judge in ordering an execution to issue on the judgment against the estate of the deceased, without any allegation in the pleadings authorizing the same. Wherefore, the judgment is reversed and reformed by ordering that the judg-

ment be certified to the proper court,. to be paid in due course of administration.

Reversed and reformed.